FILED
3/20/2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARIANO CASILLAS,<br><br>           Defendant. | Case No. 2:23-cr-00073-DJC-5<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release <u>MARIANO CASILLAS</u> – Case No. <u>2:23-cr-00073-DJC-5</u>; Charge <u>21 U.S.C. §§ 846, 841(a)(1)</u>– from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $

    _____ Unsecured Appearance Bond $

    _____ Appearance Bond with 10% Deposit

    __X__ Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 3/20/2025 at 9:30 AM.

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE